# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-0328-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RONALD L. BREKKE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Ronald Brekke's "motion to vacate or show cause" (Dkt. No. 405). Defendant asks for "the Congressional authority in terms of statutory language, granting the United States District Court Article III capacity." (*Id.* at 2.) This is now Defendant's third motion on this issue. (*See also* Dkt. Nos. 401, 403.) Defendant's motions are frivolous as there is no legitimate or reasonable dispute that this Court is authorized by Congress pursuant to Article III. Defendant's motion is DENIED.

DATED this 9th day of May 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk