UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-0328-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RONALD L. BREKKE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to vacate or show cause (Dkt. No. 407). The motion is DENIED.

DATED this 21st day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
