UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-0328-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RONALD L. BREKKE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to vacate for lack of constitutional standing (Dkt. No. 409). The motion is frivolous and raises issues that have been previously addressed by the Court. The motion is DENIED.

DATED this 13th day of September 2017.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk