THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>RONALD L. BREKKE,<br><br>                Defendant. | CASE NO. CR10-0328-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for leave to file documents for *in camera* review (Dkt. No. 412). Defendant wishes to file three documents *in camera*, which support "Defendant's private trust relationship which bears on this matter." (*Id.*) Defendant states that the documents need to be filed *in camera* in order to preserve "the confidentiality of private materials / instruments and equitable intent." (*Id.*) Defendant has not conferred with the Government with regard to this motion. (*Id.*)

The motion is DENIED. Defendant does not state why he is filing these documents, or for what purpose the Court should consider them. Defendant must provide additional information addressing why the Court should conduct an ex parte, *in camera* review of these documents.

MINUTE ORDER
CR10-0328-JCC
PAGE - 1

1    DATED this 28th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR10-0328-JCC
PAGE - 2