THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD LEE BREKKE,<br><br>        Defendant. | CASE NO. CR10-0328-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on documents it received in the mail from Defendant. The Court previously issued a minute order (Dkt. No. 413) denying Defendant's request to have the Court review certain documents *in camera*. Notwithstanding the Court's order, Defendant mailed the documents. The Court previously denied Defendant's motion for *in camera* review because he did not properly state why the Court should review the documents. (*See* Dkt. No. 413). For that reason, the Court has not conducted an *in camera* review of the documents and will mail the documents back to Defendant.

//

//

//

MINUTE ORDER
CR10-0328-JCC
PAGE - 1

DATED this 26th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR10-0328-JCC
PAGE - 2