THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR10-0328-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| RONALD BREKKE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to alter or amend judgment (Dkt. No. 422). The motion is DENIED.

DATED this 8th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR10-0328-JCC
PAGE - 1