THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-0328-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RONALD BREKKE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Ronald Brekke's motion for reconsideration (Dkt. No. 441). Mr. Brekke moves the Court to reconsider its previous order denying his motions to void judgment and for an injunction. Under the Local Criminal Rules, "[m]otions for reconsideration are disfavored." W.D. Wash. Local Crim. R. 12(b)(13)(A). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.* Mr. Brekke has not met this standard. Accordingly, the motion for reconsideration (Dkt. No. 441) is DENIED.

//

//

DATED this 23rd day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk