THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9   UNITED STATES OF AMERICA,                    CASE NO. CR10-0328-JCC

10                          Plaintiff,           ORDER

11         v.

12   RONALD BREKKE,

13                          Defendant.

14

15         This matter comes before the Court on Defendant Ronald Brekke's motion to modify the

16   conditions of his supervised release (Dkt. No. 463). In 2012, the Court sentenced Mr. Brekke to

17   144 months of imprisonment and three years of supervised release following his conviction for

18   conspiracy and wire fraud. (Dkt. Nos. 462 at 1, 464 at 1.) The Court imposed computer

19   monitoring as a condition of supervised release, which commenced on December 10, 2021. (Dkt.

20   Nos. 320 at 4, 462 at 1.)

21         Mr. Brekke now asks the Court to "remove all computer monitoring restrictions," but he

22   does not explain how circumstances have changed such that computer monitoring is no longer

23   necessary. (*See* Dkt. No. 463 at 2–7.) He argues computer monitoring will hinder his employment

24   opportunities and ability to access legal materials. (Dkt. No. 463 at 4–5). But the Government

25   provides the assertion of Mr. Brekke's probation officer that Mr. Brekke "is allowed to use his

26   computer for educational, employment, and legal reasons and does not necessarily need to get pre-

ORDER
CR10-0328-JCC
PAGE - 1

1  approval to visit specific sites in advance that relate to these topics." (Dkt. No. 464 at 5.) And

2  while Mr. Brekke claims "nothing about [his] history and characteristics" suggests that he "would

3  use the internet for wrongdoing," (Dkt. No. 463 at 5), he used computers heavily to execute the tax

4  fraud conspiracy for which he was convicted, for example, electronically filing fraudulent tax

5  forms, collecting fees from conspiracy participants via online payment platform PayPal, and

6  promoting the conspiracy via e-mail. (Dkt. No. 464 at 2.)

7           For the foregoing reasons, the Court finds that a modification of this condition is not

8  warranted at this time—a mere five months into his supervised release. The Court therefore

9  DENIES Mr. Brekke's motion (Dkt. No. 463).

10           DATED this 10th day of May 2022.

11

12

13                                    _____

14                                    John C. Coughenour
                                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
CR10-0328-JCC
PAGE - 2