# REPENTANCE

Notice Date: May Day: Twenty-two Year: 2025 CE

FILED LODGED RECEIVED MAIL
MAY 27 2025
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Ravi Subramanian, holder of the office of the Clerk
District Court of the State of Washington, at Seattle
700 Stewart St. Suite 2310
Seattle, Washington 98101

Re: USDC Western District of Washington at Seattle Case No. **2:10-cr-00328-JCC-1**;
USDC Central District of California Case No. **8:2010mj00467**; and Case No. **8:2011-mj-00507**;
Ninth Circuit Court of Appeals Case No. **12-30221**;
USDC Western District of Washington at Seattle Case No. **C14-1354**;
Ninth Circuit Court of Appeals Case No. **15-35873**;
Ninth Circuit Court of Appeals Case No. **19-35479**;
Ninth Circuit Court of Appeals Case No. **19-35695**;
Ninth Circuit Court of Appeals Case No. **19-35951**;
Ninth Circuit Court of Appeals Case No. **20-71651**;
Ninth Circuit Court of Appeals Case No. **21-35180**;
Ninth Circuit Court of Appeals Case No. **21-71324**
Ninth Circuit Court of Appeals Case No. **22-35412**;

**PLEASE TAKE NOTICE** that I, Ronald Lee Brekke, a sentient moral being, have reflected upon the path my feet were on and now realize my dishonor. To you, the Honorable men and women of the judicial system, including but not limited to the US Court of Appeals for the Ninth Circuit, its Officers and Employees, the Honorable judges of said court, the US District Court for the Central District of California at Santa Ana, its Officers and Employees, the Honorable judges of said Court, this Honorable Court, its Officers and Employees, the Law, and others yet to be determine; I repent for my sins. As I become aware of other sins I may have committed, I will repent immediately.

I knowingly, willingly, voluntarily, intentionally and intelligently perform this act and deed.

"My son, if thou be surety for thy friend, if thou has stricken thy hand with a stranger, thou art snared with the words of thy mouth, thou art taken with the words of thy mouth. Do this now, my son, and deliver thyself, when thou art come into the hand of thy friend; go, humble thyself, and make sure thy friend. Give not sleep to thine eyes, nor slumber to thine eyelids. Deliver thyself as a roe from the hand of the hunter, and as a bird from the hand of the fowler."

"He that is surety for a stranger shall smart for it: and he that hateth suretiship is sure."

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE. Notice to Principal is notice to Agent. Notice to Agent is notice to Principal.**

Respectfully, Ronald-Lee: Brekke

: Ronald-Lee: Brekke
c/o P.O. Box 124, Kelso, Washington [98626]

**NOTICE TO:**

Molly C. Dwyer, Clerk of Court, James R. Browning Courthouse, 95 Seventh St. San Francisco, California 94103
Honorable Judge Danielle J. Forrest, 95 Seventh St. San Francisco, California 94103
Honorable Judge Diarmuid O'Scannlain, 95 Seventh St. San Francisco, California 94103
Honorable Judge J. Clifford Wallace, 95 Seventh St. San Francisco, California 94103
Honorable Judge Richard R. Clifton, 95 Seventh St. San Francisco, California 94103
Honorable Judge Andrew D. Hurwitz, 95 Seventh St. San Francisco, California 94103
Honorable Judge Mary M. Schroeder, 95 Seventh St. San Francisco, California 94103
Honorable Judge Barry G. Silverman, 95 Seventh St. San Francisco, California 94103
Honorable Judge Daniel A. Bress, 95 Seventh St. San Francisco, California 94103
Honorable Judge William C. Canby, Jr., 95 Seventh St. San Francisco, California 94103
Honorable Judge Kenneth Kiyul Lee, 95 Seventh St. San Francisco, California 94103
Honorable Judge M. Margaret McKeown, 95 Seventh St. San Francisco, California 94103
Honorable Judge Sandra S. Ikuta, 95 Seventh St. San Francisco, California 94103
Honorable Judge Cormac J. Carney, 95 Seventh St. San Francisco, California 94103
Honorable Judge Peter L. Shaw, 95 Seventh St. San Francisco, California 94103
Honorable Chief Judge David G. Estudillo, 1717 Pacific Ave., Suite 4410, Tacoma, Washington 98402
Honorable Judge John C. Coughenour, 700 Stewart St., Suite 16229, Seattle, Washington 98101
Honorable Judge Mary K. Dimke, 825 Jaldwin Ave., Suite 190, Richland, Washington 99352
Honorable Brian A. Tsuchida, Magistrate Judge, 700 Stewart St. Suite 12143, Seattle, Washington 98101
James P. Donohue, Jr. PLLC, 1025 Westchester Ave. Suite 215, White Plains, New York 10604
Teal Miller Luthy, Acting US Attorney, 700 Stewart St., Suite 5220, Seattle, Washington 98101
Jenny Durkan, PLLC, (former US Attorney) 1111 Third Ave., Suite 3400, Seattle, Washington 98101
Tessa M. Gorman, Assistant US Attorney, 700 Stewart St., Suite 5220, Seattle, Washington 98101
Thomas A. Woods, Assistant US Attorney, 700 Stewart St., Suite 5220, Seattle, Washington 98101
Robert M. Leen Inc., PS 1201 S Ocean Dr., Apt 2507S, Hollywood, Florida 33019-5127
Attorney Barry L. Flegenheimer, 119 1st Avenue South, Suite 500, Seattle, Washington 98104
Attorney Marla Zinc, 212 Broadway East, Suite 22815, Seattle, Washington 98102
Federal Public Defender, 1601 5th Ave., Suite 700, Seattle, Washington 98101
Honorable Robert N. Block, Magistrate Judge, c/o 411 West Fourth St., Santa Ana, California 92701
Honorable Authur Nakazato, Magistrate Judge, 411 W 4th St. Santa Ana, California 92701-4599
Honorable Andre Birotte, Jr. US District Judge, 350 West First Street, Courtroom 7B, Los Angeles, California 90012
Honorable Douglas F. McCormick, Magistrate Judge (former AUSA), 411 W. Fourth St., Courtroom 6B, 6th Floor, Santa Ana, California 92701
Dennise D. Willett, AUSA, 411 W 4t, St., Suite 8000, Santa Ana, California 92701-4599
Jennifer L. Waier, AUSA, 411 W 4th St., Suite 8000, Santa Ana, California 92701-4599
Andrea L. Jacobs, Defense Attorney, 411 W. 4th St., Santa Ana, California 92701
Jesse A. Gessin, Defense Attorney, c/o Gessin Ltd., 806 E. Avenida Pico, Suite I-291, San Clemente, California 92673
Federal Public Defender, Central District of California, 411 West Fourth St., Suite 7110, Santa Ana, California 92701

Ronald Lee Brekke
c/o P.O. Box 124
Kelso, Washington 98626

PORTLAND OR RPDC 972
22 MAY 2025 PM 6 L

FILED
LODGED
RECEIVED
MAIL

MAY 27 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Honorable Judge Brian A..Tsuchida
700 Stewart St.
Suite 12143
Seattle, Washington 98101

98101-444543