# NOTICE OF AND TENDER FOR SET OFF by Conditional Acceptance

Ravi Subramanian, holder of the office of the Clerk
District Court of the State of Washington, at Seattle
700 Stewart St. Suite 2310
Seattle, Washington 98101

May 22, 2025

FILED LODGED RECEIVED MAIL

MAY 28 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Re: Acceptance of your Offer in Case No. 2:10-cr-00328-JCC-1

Clerk Subramanian,

Enclosed you will find my "acceptance" of the offer presented to me via Teal Miller-Luthy, Acting US Attorney for the Department of Justice. The payment coupon (see relevant definitions below) shows that remittance is to be sent to the Clerk. As you can see, I have endorsed the back of said coupon as the beneficiary, so that you can now redeem said coupon to settle said account in full satisfaction.

This is a good faith attempt to settle this debt. Was the charge not made against the trust (RONALD L. BREKKE) government assigned to me at birth? Are you or Acting US Attorney, Teal Miller Luthy willing to go on the record under oath stating that said coupon is not used to draw funds from my the RONALD L. BREKKE trust? If not, then you stand in agreement that you are redeeming said coupon and also collecting from me double every time I submit the additional payment.

As you are aware, in the past I acted dishonorably. Now that I am aware of my dishonor, I repent for my sins (see enclosed "Repentance" letter), and seek to stay in honor from now on.

***He who comes into equity must come with clean hands.***
***He who seeks equity must do equity.***

To this end, if there is anything else you seek from me kindly let me know within five (5) days of receipt of these documents and instrument. If you find that there is any defect in the process or in the instrument as tendered such that you and/or your associates are unable to effect the set off of this matter, let me know within five (5) days; and, if you find any defect(s) in the instrument as tendered, return the original instrument to me stating specifically any defects and allowing me ample time in which to cure said defect(s), in order that I stay in honor.

***Equity looks to the intent rather than the form.***

Your failure to settle and close the matter (and mailing me a statement showing the account zeroed out) combined with your failure to return the original instrument to me stating any defect(s) in said instrument (or process) within the five (5) days allotted, or notify me within the same five (5) days that you need a reasonably amount of additional time, constitutes your dishonor. If the case of your dishonor being certified, I will seek legal process to compel performance.

***Equity will not allow a wrong to be without a remedy.***

This is a good faith attempt to settle the debt. All these years you guys have been tricking me into being the enemy, for one cannot pay debt with debt. The only way to financially be in honor is to settle this matter is via the coupon you provided, which is going to peace. I do not want to participate in any government or banking orchestrated emergencies which effectively wage an economic war upon the people. There are currently 49 national emergencies ongoing in America. I want to live civilly. The War Powers Act Act, the Trading With the Enemy Act, the Emergency Banking Act of 1033, the International emergency Economic Powers Act (IEEPA) of 1977, Senate Report 93-549, and more, all point to the fact that:

> "Since March the 9th, 1933, the United States has been in a state of declared national emergency."
>
> "For 40 years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency."

The Rule of Necessity comes into play whenever there is a national emergency, which effectively allows government, including the courts, to circumvent Constitutional safeguards and limitations placed upon government. Through these emergencies, government has effectively abandoned common-law in favor of public policy.

The 1933 amendments to the TWEA includes the following, making the people an enemy of the United States: "During time of war or during any other period of national emergency declared by the President, the President may, through any agency that be may designate, or otherwise, investigate, regulate, or prohibit, under such rules and regulations as be may prescribe, by means of licenses or otherwise, any transactions in foreign exchange, transfers of credit between or payments by banking institutions as defined by the President and export, hoarding, melting, or earmarkings of gold or silver coin or bullion or currency, by any person within the United States or anyplace subject to the jurisdiction thereof".

For the purposes of all commercial, monetary, and, in effect, all business transactions. "We the People", became the same as the enemy, and were treated no differently. There was no longer any distinction.

Senate Document No. 43, "Contracts Payable in Gold" written in 1933: "The ultimate ownership [legal title] of all property is in the State [Trustee]; individual so-called "ownership" [equitable title] is only by virtue of government, i.e., law, amounting to mere user [beneficiary]; and use must be in accordance with [Trust] law and subordinate to the necessities of the State [Trustees].

Wouldn't it be a fair question to ask, "Why did Congress do this if they didn't feel it was necessary to collateralize their debt obligations to the Federal Reserve?"

With HJR-192 (aka Public Law 73-10) and certain Executive Orders such as 6102, 6111, 6260 and 6814, the Gold Reserve Act of 1934, and the Emergency Banking Relief Act of 1933, didn't the government take away the

Congressman Wright Patman, stated into the Congressional Record of the 73rd Congress 1933:

"The money will be worth 100 cents on the dollar because it is backed by the credit of the Nation. It will represent a mortgage on all the homes and other property of all the people in the Nation."

The fact that banks are under regulation of the Treasury today, is evidence that the state of emergency still exists, by virtue of the definition.

HJR-192 (June 5, 1933): "That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular- kind of coin or currency, or in an amount of money of the United States measured thereby is declared to be against public policy; and no such policy shall be contained in or made with respect to any obligation hereafter incurred."

In 1934 Congress passed an Act merging equity and law abolishing common law. This Act, known as the Federal Rules of Civil Procedures Act, was not to come into effect until 6 months after the letter of transmittal from the Supreme Court to Congress. The Supreme Court refused transmittal and the transmittal did not occur until Franklin D. Roosevelt stacked the Supreme Court in 1938 (Exhibits 67(a) and (b)). But on March the 9th of 1933, the American people were declared to be the public enemy under the amended version of the Trading With the Enemy Act. What jurisdiction were We, the People, then placed under? We were now the booty jurisdiction given to the district courts by Congress.

## The following are relevant terms from Black's Law Dictionary, 6th Edition:

**Statement of account** (Page 1408) A report issued monthly or periodically by a bank or creditor to a customer setting forth the amounts billed, credits given and balance due. A bank statement includes the checks drawn and cleared, the deposits made, the charges debited, and account balance. See also Financial statement.

**Instrument** (Page 801) A formal or legal document in writing, such as a contract, deed, will, bond, or lease. A writing that satisfies the requisites of negotiability prescribed by U.C.C. Art. 3. A negotiable instrument (defined in U.C.C. § 3-104), or a security (defined in U.C.C. § 8-102) or any other writing which evidences a right to the payment of money and is not itself a security agreement or lease and is of a type which is in ordinary course of business transferred by delivery with any necessary indorsement or assignment. U.C.C. § 9-105(1). Anything reduced to writing, a document of a formal or solemn character, a writing given as a means of affording evidence. A document or writing which gives formal expression to a legal act or agreement, for the purpose of creating, securing, modifying, or terminating a right. A writing executed and delivered as the evidence of an act or agreement. Moore v. Diamond Dry Goods Co., 47 Ariz. 128, 54 P.2d 553, 554. Anything which may be presented as evidence to the senses of the adjudicating tribunal.

**Bond** (Page 178) A certificate or evidence of a debt on which the issuing company or governmental body promises to pay the bondholders a specified amount of interest for a specified length of time, and to repay the loan on the expiration date. A long-term debt instrument that promises to pay the lender a series of periodic interest payments in addition to returning the principal at maturity. In every case a bond represents debt-its holder is a creditor of the corporation and not a part owner as is the

shareholder. Commonly, bonds are secured by a mortgage. The word "bond" is sometimes used more broadly to refer also to unsecured debt instruments, i.e., debentures. Income bonds are hybrid instruments that take the form of a bond, but the interest obligation is limited or tied to the corporate earnings for the year. Participating bonds are another type of hybrid instruments that take the form of a typical debt instrument but the interest obligation is not fixed so that holders are entitled to receive additional amounts from excess earnings or from excess distributions, depending on the terms of the participating bond. A written obligation, made by owner of real property, to repay a loan under specific terms, usually accompanied by a mortgage placed on land as security.

**Coupons** (Page 351) Interest and dividend certificates; also those parts of a commercial instrument which are to be cut, and which are evidence of something connected with the contract mentioned in the instrument. They are generally attached to certificates of loan, where the interest is payable at particular periods, and, when the interest is paid, they are cut off and delivered to the payor. That portion of a bond redeemable at a specified date for interest payment. Coupons are written contracts for the payment of a definite sum of money on a given day, and being drawn and executed in a form and mode for the purpose, that they may be separated from the bonds and other instruments to which they are usually attached, it is held that they are negotiable and that a suit may be maintained on them without the necessity of producing the bonds. Each matured coupon upon a negotiable bond is a separable promise, distinct from the promises to pay the bonds or the other coupons, and gives rise to a separate cause of action. Thompson v. Perrine, 106 U.S. 589, 1 S.Ct. 564, 27 L.Ed. 298.

**Coupon bond** (Page 179) Bond with interest coupons attached. The coupons are clipped as they come due and are presented by the holder for payment of interest.

**Mailbox rule** (Page 952) (aka Postal Rule) In contract law, unless otherwise agreed or provided by law, acceptance of offer is effective when deposited in mail if properly addressed. See Liquorama Inc. v. American Nat. Bank & Trust Co. of Chicago, 86 Ill.App.3d 974, 41 Ill.Dec. 951, 953, 408 N.E.2d 373, 375.

Based upon the foregoing, i.e. the current state of the nation and the current banking system, it appears the only way for me to exact an equitable remedy and be in honor is to endorse the said coupon and return it to you for full set off, settlement and closure of the accounting.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

I reserve the right to not be compelled to perform under any contract or commercial agreement I did not enter into knowingly, willingly and voluntarily and intelligently. Furthermore, I reserve the right to not accept the liability of any compelled economic benefit/privilege of any such contract or commercial agreement.

Respectfully, : Ronald-Lee: Brekke May. 22, 2025

Ronald Lee Brekke, Beneficiary
c/o P.O. Box 124
Kelso, Washington [98626]

**NOTICE TO:**
Teal Miller Luthy, Acting US Attorney, 700 Stewart St. Suite 5220, Seattle, Washington 98101

by: Ronald-Lee: Brekke, beneficiary
of RONALD L. BREKKE
471701235

**Payment Coupon:** Enclose this coupon with payment to guarantee proper application in order for the payment to be applied before the next billing cycle.

| Court Case Number: | 2:10-CR-0328-1 | | | |
|---|---|---|---|---|
| District Code: WAW | CCAM Number: DWAW210CR000328 001 | Amount Due: $2,289.80 | Due Date: 05/22/2025 | Amount Enclosed: 6,178,[illegible].55 |

"Accepted"
MAY 2 2 2025

☒ Check here for change of address and annotate below.

Ronald Brekke
713 S 6th Ave.
Kelso, WA 98626

c/o RONALD L. BREKKE
P.O. Box 124
Kelso, Washington
98626

Please mail payments to:

United States District Court Clerk
700 Stewart Street, Lobby Level
Seattle, WA 98101

Ronald Lee Brekke
c/o P.O. Box 124
Kelso, Washington 98626

CERTIFIED MAIL®

7021 1970 0000 0252 2677

Retail

98101

RDC 99

U.S. POSTAGE PAID
FCM LETTER
KELSO, WA 98626
MAY 22, 2025

$9.96

S2324H500874-12

FILED
LODGED
RECEIVED
MAIL

MAY 28 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Ravi Subramanian Clerk of Court
U.S. District Court
700 Stewart St. #2310
Seattle, Washington 98101