# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Sixteen Month: Six Year: 2025 CE

Case: 2:10-cr-00328-JCC

Ravi Subramanian, holder of the office of the Clerk
District Court of the State of Washington, at Seattle
700 Stewart St. Suite 2310
Seattle, Washington 98101

FILED LODGED RECEIVED MAIL
JUN 18 2025
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

In reply to: "U.S. Department of Justice, Account Number 2012A56753/001, DATE OF STATEMENT 06/07/2025"

**PLEASE TAKE NOTICE** that I, Ronald Lee Brekke, a sentient moral being, accept your Presentment "U.S. Department of Justice, Account Number 2012A56753/001, DATE OF STATEMENT 06/07/2025" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

* I do not argue the facts, jurisdiction, law, or venue;
* I request you close the Account and issue the Receipt to me immediately;
* I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
* I request Discharge.

**Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.**

Sincerely, Ronald Lee Brekke

Ronald Lee Brekke
c/o P.O. Box 124
Kelso, Washington

Attachment: "U.S. Department of Justice, Account Number 2012A56753/001, DATE OF STATEMENT 06/07/2025"

**Also Noticed:**
Attorney General Pam Bondi, 950 Pennsylvania Ave. NW Washington, DC 20530-0001
Secretary of the Treasury Scott Bessent, 1500 Pennsylvania Ave. NW Washington, District of Columbia 20220
Treasurer Brandon Beach, 1500 Pennsylvania Ave. NW Washington, District of Columbia 20220
Teal Miller Luthy, Acting US Attorney, 700 Stewart St. Suite 5220, Seattle, Washington 98101

U.S. DEPARTMENT OF JUSTICE
Washington-Western
700 Stewart Street
Suite 5220
Seattle, WA 98101

"Accepted"
JUN 16 2025
Ronald Lee Brekke

## OVERDUE Debtor Statement

| DATE OF STATEMENT | 06/07/2025 |
|---|---|
| ACCOUNT NUMBER | 2012A56753/001 |

For inquiries regarding debt call: 206-553-1866

FILED / LODGED / RECEIVED — MAIL
JUN 18 2025
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Retain top portion for your records. This is your official receipt. This statement reflects the balances for this debt only. You may have additional outstanding debt. Federal Statute requires that a payment application is applied to principal first then interest. (18 U.S.C. Section 3612 (i))

Ronald Brekke
713 S 6th Ave.
Kelso, WA 98626

| Payment Application | | | | Current Balance Information | |
|---|---|---|---|---|---|
| Payment Amount | $190.46 | Payment Date | 05/02/2025 | | |
| Debt Type | Payment Amount to Principal | Payment Amount to Interest | Interest Rate | Principal Balance | Interest Balance |
| Non-Federal Restitution | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Federal Restitution | -$190.46 | $0.00 | 0% | $6,178,291.12 | $0.00 |
| Fine | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Community Restitution | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Special Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| Criminal Court Costs | $0.00 | N/A | N/A | $0.00 | N/A |
| Penalty | $0.00 | N/A | N/A | $0.00 | N/A |
| AVAA Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| JVTA Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| Total Balance: | | | | | $6,178,291.12 |

| Current Activity | | | |
|---|---|---|---|
| Overdue Amount | Next Payment Amount | PAY THIS AMOUNT | Date Payment Due |
| $2,289.80 | $260.85 | $2,550.65 | 06/22/2025 |

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.

MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH.
To e-mail us, please visit our web site at http://www.usdoj.gov/usao/waw/ and click on Financial Issues.

---

**Payment Coupon:** Enclose this coupon with payment to guarantee proper application in order for the payment to be applied before the next billing cycle.

| Court Case Number: | 2:10-CR-0328-1 | | | |
|---|---|---|---|---|
| District Code: WAW | CCAM Number: DWAW210CR000328 001 | Amount Due: $2,550.65 | Due Date: 06/22/2025 | Amount Enclosed: 6,178,291.12 |

X Check here for change of address and annotate below.

Ronald Brekke
~~713 S 6th Ave.~~ P.O. Box 124
Kelso, WA 98626

"Accepted"
JUN 16 2025
Ronald Lee Brekke

Please mail payments to:
Pay to the order of: (w/o Recourse)
United States District Court Clerk
700 Stewart Street, Lobby Level
Seattle, WA 98101

(R) void where prohibited by law

Ronald Lee Brekke
c/o P.O. Box 124
Kelso, Washington 98626

PORTLAND OR 972
16 JUN 2025 PM 6 1

Ravi Subramanian, Clerk of Court
US District Court
700 Stewart St.
Suite 2310
Seattle, Washington 98101

FILED
LODGED
RECEIVED
MAIL

JUN 18 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

98101-444285